**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiffs*,
Cesar Augusto Molina and Irma Molina

C.O. LAW, APC
2404 BROADWAY, SUITE 150
SAN DIEGO, CA 92102

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CESAR AUGUSTO MOLINA and IRMA MOLINA,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**PLANET HOME LENDING, LLC and TRANS UNION LLC,**<br><br>**Defendants.** | **Case No.: 5:21-cv-2175-PA-JC**<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND ONLY DEFENDANT TRANS UNION LLC** |

///
///
///
///
///
///
///
///
///
///
///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs CESAR AUGUSTO MOLINA and IRMA MOLINA ("PLAINTIFFS") hereby notifies the Court that they and Defendant TRANS UNION LLC ("TRANSUNION") have reached a settlement in this matter and are in the process of completing the final closing documents and filing dismissal papers. As TRANSUNION has not filed an answer or a motion for summary judgment in this action, PLAINTIFFS anticipate filing a voluntary dismissal (with prejudice), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), with respect to TRANSUNION.

PLAINTIFFS respectfully request that all pending dates and filing requirements pertaining to TRANSUNION be vacated and that the Court set a deadline on or after May 18, 2022 for filing a Notice of Voluntary Dismissal as to TRANSUNION.


Respectfully submitted,

Dated: March 18, 2022                    C.O. LAW, APC


                                          By: /s/ Clark Ovruchesky
                                             CLARK OVRUCHESKY, ESQ.
                                             ATTORNEY FOR PLAINTIFF

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is C.O. LAW, APC, 2404 Broadway, Suite 150, San Diego, CA 92102. On March 18, 2022, I served the within document(s):

- **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND ONLY DEFENDANT TRANS UNION LLC**

☒      CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on March 18, 2022, in San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF