**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

*Attorneys for Plaintiff*,
Cesar Augusto Molina and Irma Molina

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR AUGUSTO MOLINA and IRMA MOLINA,<br><br>Plaintiffs,<br><br>v.<br><br>PLANET HOME LENDING, LLC and TRANS UNION LLC,<br><br>Defendants. | Case No.: 5:21-cv-2175-PA-JC<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND ONLY DEFENDANT PLANET HOME LENDING, LLC** |

///
///
///
///
///
///
///
///
///
///
///

Plaintiffs CESAR AUGUSTO MOLINA and IRMA MOLINA ("PLAINTIFFS") hereby notify the Court that they and Defendant PLANET HOME LENDING, LLC ("PHL") have reached a settlement in this matter and are in the process of completing the final closing documents and filing dismissal papers.

PLAINTIFF and PHL anticipate filing a Joint Stipulation for Dismissal of PHL, with prejudice, within 60 days. PLAINTIFF respectfully requests that this Court set a deadline on or after December 13, 2022 for PLAINTIFF and PHL to file a Joint Stipulation for Dismissal as to PHL.

Respectfully submitted,

Dated: October 13, 2022                                  C.O. LAW, APC


                                                By: /s/ Clark Ovruchesky
                                                    CLARK OVRUCHESKY, ESQ.
                                                    ATTORNEY FOR PLAINTIFF

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 2404 Broadway, Suite 150, San Diego, CA 92102. On October 13, 2022, I served the within document(s):

- **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND ONLY DEFENDANT PLANET HOME LENDING, LLC**

☒  CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on October 13, 2022, in San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

C.O. LAW, APC
2404 BROADWAY, SUITE 150
SAN DIEGO, CA 92102