JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR AUGUSTO MOLINA and IRMA MOLINA,<br><br>Plaintiffs,<br><br>v.<br><br>PLANET HOME LENDING, LLC and TRANS UNION LLC,<br><br>Defendants. | ED CV 21-2175 PA (JCx)<br><br>JUDGMENT |

Pursuant to the Court's December 5, 2022 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 5, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE