# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR AUGUSTO MOLINA and IRMA MOLINA,<br><br>Plaintiffs,<br><br>v.<br><br>PLANET HOME LENDING, LLC and TRANS UNION LLC,<br><br>Defendants. | Case No.: 5:21-cv-2175-PA-JC<br><br>**ORDER GRANTING PARTIES' STIPULATION FOR DISMISSAL OF PLANET HOME LENDING, LLC, WITH PREJUDICE** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiffs CESAR AUGUSTO MOLINA and IRMA MOLINA ("Plaintiffs") against Defendant PLANET HOME LENDING, LLC ("PHL") are dismissed, with prejudice. Plaintiffs and PHL shall each bear their own costs and attorneys' fees. This Court retains jurisdiction to enforce the settlement agreement between the Parties. PHL was the only active defendant in this matter. Therefore, this case is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: December 15, 2022

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER                                                              -1-